# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE TAILWIND GROUP, INC., *et al.*, | |
| Plaintiffs, : | Civil Action 2:21-cv-261 |
| | Judge Sarah D. Morrison |
| | Magistrate Judge Vascura |
| : | |
| v. | |
| : | |
| FIRE GUARD LLC, *et al.*, | |
| Defendants. : | |

## OPINION AND ORDER

Magistrate Judge Vascura's August 16, 2021 Report and Recommendation (R&R) suggests that this action be dismissed without prejudice as to Defendants Fire Guard Services and John Does 1-X pursuant to Fed. R. Civ. P. 4(m) for failure to timely effect service of process. (ECF No. 43, PageID 257.) The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 43) and **DISMISSES WITHOUT PREJUDICE** this action against Fire Guard Services and John Does 1-X pursuant to Rule 4(m).

IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**